The People of the State of New York, Respondent, v. Eldridge Dukes, Appellant.—

No *separate* appeal lies from the resentence, which has been reviewed on the appeal from said judgment. Defendant was originally convicted on February 11, 1955 and was then sentenced as a second felony offender to serve a term of 5 to 10 years. Thereafter, the United States District Court for the Western District of New York determined that defendant had been improperly sentenced as a second felony offender and remanded him for resentence as a first felony offender. Accordingly, on January 19, 1960, defendant was resentenced by the County Court, Westchester County, as a first offender. He now appeals from the judgment entered on such date upon the resentence. Under the circumstances disclosed, only the legality of the resentence may be reviewed on the present appeal; and, since defendant does not claim any invalidity or error in the resentence, the judgment of conviction may not be disturbed (*People* v. *Williams,* 6 A D 2d 900, affd. 6 N Y 2d 193). Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.